# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:  JUDGE RUIZ REASSIGNED CIVIL CASES *(see attached case list)* | )<br>)<br>)<br>)<br>) | JUDGE DAVID A. RUIZ<br><br>**ORDER** |

The present action was recently reassigned to the undersigned District Court Judge pursuant to General Order 2022-03. **All prior orders** issued in this action, including (but not limited to) Initial Orders and Case Management Orders, shall **remain in effect** unless such order(s) were superseded by subsequent court order(s).

Furthermore, the parties are hereby **ordered** to confer and file a brief **Joint Status Report** within fourteen (14) days of this Order. The Joint Status Report shall set forth the following:

(1) Identify by date and electronic filing number **all pending motions**, whether said motions are ripe, and whether any of the pending motions have been rendered moot by subsequent developments.

(2) The **status of discovery**, including any unresolved discovery disputes *only if* the dispute had previously been brought to the court's attention. Any potential new discovery disputes should not be brought to the court's attention until the procedures set forth in the Local Rules have been followed. The parties should not present argument about any pending or potential discovery disputes. If discovery has not commenced, a brief explanation should be furnished.

(3) Whether the parties have engaged in or are interested in engaging in a **settlement and/or mediation** conference either through the court's alternate dispute resolution (ADR) procedures or through a private mediator. The parties shall also advise whether any portion of their claim(s) have been settled or whether claims against any party or parties have been settled. If there has been a settlement in principle, the parties shall advise when the stipulated notice of dismissal was filed or when they intend to file a stipulated notice of dismissal.

(4) Identify the date and time of any **upcoming conferences** with the court set by the previous District Judge assigned to the matter.

(5) **Any other matters** that the parties agree should be brought to the court's attention. However, the Joint Status Report is not an appropriate vehicle to raise issues and arguments more properly addressed by way of a motion.

**IT IS SO ORDERED.**


Date: February 28, 2022           s/ *David A. Ruiz*
                                                    David A. Ruiz
                                                    United States District Judge

| Case Number | Case Caption |
|---|---|
| 1:20-cv-00050 | Donohoe, et al. v. City of Cleveland, Ohio |
| 1:20-cv-00065 | Welch v. United States of America |
| 1:20-cv-00288 | Bottum v. Cuyahoga County et al |
| 1:20-cv-00314 | Henning v. United States of America |
| 1:20-cv-00660 | Sailor v. City of Cleveland et al |
| 1:20-cv-00711 | Trivison v. Federal National Mortgage Association |
| 1:20-cv-00920 | Helwig v. Concentrix Corporation |
| 1:20-cv-00998 | Baumgart v. University Hospitals Cleveland Medical Center |
| 1:20-cv-01107 | Scalia v. Moscarino Outdoor Creations, Inc. et al |
| 1:20-cv-01273 | Huggins v. Williams et al |
| 1:20-cv-01823 | Burrell v. City of East Cleveland et al |
| 1:20-cv-02026 | Banks v. Foundation Automotive Corp. et al |
| 1:20-cv-02322 | Noco Company v. Aukey Technology Co., Ltd., et al. |
| 1:20-cv-02336 | Lozada v. Case Western Reserve University |
| 1:20-cv-02401 | Keller North America, Inc. v. Earl et al |
| 1:20-cv-02487 | Deloitte Tax LLP v. Murray |
| 1:20-cv-02542 | Kuchar v. Saber Healthcare Holdings, LLC et al |
| 1:20-cv-02568 | Rogers et al v. Horwitz et al |
| 1:21-cv-00204 | Za Corp., et al v. MVGMM, Inc., et al |
| 1:21-cv-00449 | Domokos v. Reserve Network, Inc., et al. |
| 1:21-cv-00604 | Noco Company v. CF Group SZKMS Co., Ltd |
| 1:21-cv-00870 | Lubrizol Corporation v. International Business Machines Corporation |
| 1:21-cv-00892 | Dugger v. Honeywell International Inc. et al |
| 1:21-cv-00938 | Chan v. PNC Bank, National Association |
| 1:21-cv-00944 | Billingsley, et al v. Lincoln Electric Company |
| 1:21-cv-00999 | Montgomery v. Gove, et al |
| 1:21-cv-01058 | Mulkey et al v. RoundPoint Mortgage Servicing Corporation |
| 1:21-cv-01188 | Schmitt v. Security National Servicing Corporation |
| 1:21-cv-01356 | United States of America v. Fidelity and Deposit Company of Maryland |
| 1:21-cv-01393 | Saffell v. TEKsystems, Inc., et al |
| 1:21-cv-01418 | King v. Third Federal Savings and Loan Association of Cleveland, et al |
| 1:21-cv-01432 | Allison v. United States of America |
| 1:21-cv-01434 | Bastock v. Board of Education of the Lorain City School District et al |
| 1:21-cv-01525 | Smith v. Lorain County Veterans Service Commission |
| 1:21-cv-01682 | Covert Manufacturing, Inc. v. Covert Innovations, LLC, et al |
| 1:21-cv-01773 | Moore Road, LLC v. Snodgrass et al |
| 1:21-cv-01866 | Brotherhood of Locomotive Engineers and Trainmen v. Norfolk Southern Railway Company |
| 1:21-cv-01870 | International Association of Sheet Metal, Air, Rail and Transportation Workers - Transportation Division et al v. Norfolk Southern Railway Company |
| 1:21-cv-01877 | Workman et al v. Bush et al |
| 1:21-cv-01918 | Quintus et al v. American Marketing Group, Inc. |
| 1:21-cv-01922 | Lindenbaum v. Alpha Gas and Electric, LLC, et al |
| 1:21-cv-02042 | Kovacic v. Aramark Correctional Service LLC et al |
| 1:21-cv-02082 | PFG Ventures, L.P. v. Tacabu LLC et al |
| 1:21-cv-02157 | Woodward v. CoreCivic, Inc. et al |
| 1:21-cv-02197 | Vaughn v. Rea et al |
| 1:21-cv-02237 | 1 Group LLC v. iGuard Home Solutions Inc. |
| 1:21-cv-02240 | Debose v. Cuyahoga County, et al. |
| 1:21-cv-02282 | Laurence's Towing, Inc. v. City of Mansfield, Ohio et al |
| 1:21-cv-02308 | Berry v. Wells Fargo Bank, N.A. et al |
| 1:21-cv-02312 | Levert v. The Montefiore Home et al |

| | |
|---|---|
| 1:21-cv-02321 | Laccinole v. National Enterprise Systems, Inc. |
| 1:21-cv-02388 | American Guarantee and Liability Insurance Company et al v. LL Taylor Surety, Inc. et al |
| 1:21-cv-02407 | Frazier et al v. Multilink, Inc. |
| 1:22-cv-00019 | Magby v. Fender et al |
| 1:22-cv-00026 | Capriato v. Topgolf USA CL, LLC et al |
| 1:22-cv-00094 | Ortho Bio-Design, LLC v. Innovasis, Inc. et al |
| 1:22-cv-00121 | Becker v. D&S Plumbing Ohio, LLC et al |
| 1:22-cv-00125 | Shepard v. Louis Stokes Cleveland Department of Veteran Affairs |
| 1:22-cv-00128 | Henderson v. Jay Industries, Inc. |
| 1:22-cv-00206 | Dadkhah v. Blinken et al |
| 4:20-cv-01746 | Allen v. Ohio Department of Rehabilitation and Correction et al |
| 4:20-cv-01868 | Pollard et al v. Phillips |
| 4:20-cv-02584 | Johnson v. International Steel and Counterweights LLC |
| 4:21-cv-00366 | Atsas v. Bowen et al |
| 4:21-cv-00616 | Rico v. Lordstown Motors Corp. et al. |
| 4:21-cv-00633 | Palumbo v. Lordstown Motors Corp. et al. |
| 4:21-cv-00720 | Zuod v. Lordstown Motors Corp. et al. |
| 4:21-cv-00760 | Brury v. Lordstown Motors Corp. et al. |
| 4:21-cv-00994 | Romano v. Lordstown Motors Corporation et al |
| 4:21-cv-01021 | FNY Managed Accounts LLC v. Lordstown Motors Corp., et al. |
| 4:21-cv-01267 | Thai v. Burns et al |
| 4:21-cv-01407 | Malhi v. Maguire Schneider Hassay, L.L.P. et al |
| 4:21-cv-01861 | Save Our County et al v. United States Defense Logistics Agency et al |
| 4:21-cv-02133 | Estate of Alfonso C. Askew v. Trumbull County et al |
| 4:21-cv-02380 | Bukovinsky v. McKeen Group, Inc. |
| 4:21-cv-02391 | Griswold & Griswold Insurance Agency, Inc. v. Robert Carr Insurance Agency, Inc. et al |
| 5:20-cv-02790 | Shears v. FirstEnergy Corp. et al |
| 5:21-cv-00056 | Kallai et al v. Jatola Homes, LLC et al |
| 5:21-cv-00103 | Republic Steel v. Beemac, Inc. et al |
| 5:21-cv-00170 | dlhBOWLES, Inc. v. Jiangsu Riying Electronics Co., Ltd. |
| 5:21-cv-00983 | Li v Revere Local Schools Board of Education |
| 5:21-cv-01003 | Papczun v. NUCO Education Corporation et al |
| 5:21-cv-01292 | Wynn v. Starnes et al |
| 5:21-cv-01308 | Hope v. Berg et al |
| 5:21-cv-01536 | Hulsing Enterprises, LLC & Earth Fare Management, Inc. v. Fazio Mechanical Services, Inc. |
| 5:21-cv-01966 | Gregorcic v. Southwest Summit Council of Governments et al |
| 5:21-cv-02001 | Glasgow et al v. Beers et al |
| 5:21-cv-02158 | Seaman Corporation v. Zurich American Insurance Company et al |