**IT IS SO ORDERED**:

/s *David A Ruiz*

U.S. District Judge
November 23, 2022

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **MARK SAFFELL**, <br><br> *Plaintiff,* <br><br> vs. <br><br> **TEKSYSTEMS, INC.**, *et al.* <br><br> *Defendants.* | Case No. 1:21-CV-01393-DAR <br><br> Judge David A. Ruiz <br><br> Magistrate Judge Jonathan D. Greenberg |
| **STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE** | |

The matter having been resolved, the parties jointly file this stipulation of dismissal under

Fed. R. Civ. P. 41(a)(1). The dismissal of claims shall be with prejudice, with each party bearing its

own costs. The Court will retain jurisdiction solely to enforce the settlement.


Dated: November 17, 2022

/s/*Thomas M. L. Metzger (per consent)*
Thomas M. L. Metzger (#0059694)
LITTLER MENDELSON, P.C.
41 South High Street, Suite 3250
Columbus, OH  43215
614.463.4201 (p)
614.221.3301 (f)
tmetzger@littler.com


Elizabeth B. Carter (#0098694)
LITTLER MENDELSON, P.C.
Key Tower
127 Public Square, Suite 1600
Cleveland, OH  44114
216.696.7600 (p)
216.696.2038 (f)
ecarter@littler.com


*Attorneys for Defendants*

Respectfully submitted,

/s/ *Subodh Chandra*
Subodh Chandra (0069233)
Donald Screen (0044070)
The Chandra Law Firm LLC
The Chandra Law Building
1265 West Sixth Street, Suite 400
Cleveland, Ohio 44113
216.578.1700 (p) / 216.578.1800 (f)
Subodh.Chandra@ChandraLaw.com
Don.Screen@ChandraLaw.com

*Attorneys for Plaintiff Mark Saffell*